**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| SHIRETTA JUSTICE, | : | No. 569 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE | : | |
| TROOPER LOMBARDO, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of June, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, is:

> Was [Respondent] acting within the scope of his employment throughout his entire encounter with the motorist, and thus entitled to JNOV on the basis of sovereign immunity?